**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHWESTERN DIVISION**

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER OF DETENTION** |
| | ) | |
| vs. | ) | |
| | ) | |
| Londell Edwin White, | ) | Case No. 1:05cr100 |
| | ) | |
| Defendant. | ) | |
| | ) | |

_____

On December 7, 2005, the defendant made his initial appearance on a Complaint. He subsequently filed a waiver of his right to a detention hearing and preliminary hearing. The court accepted the defendant's waiver and ordered him detained.

On December 9, 2005, the defendant was indicted by the Grand Jury. On December 16, 2005, the defendant made his initial appearance on the Indictment and was arraigned.

The court shall continue the defendant's detention pending trial with the understanding that the defendant is not precluded from requesting a review of the court's detention order at a later date. See 18 U.S.C. § 3145(b). Accordingly, the defendant is remanded to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant shall be afforded a reasonable opportunity for private consultations with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

Dated this 16th day of December, 2005.

/s/ Charles S. Miller, Jr.
Charles S. Miller, Jr.
United States Magistrate Judge